KANTOR & KANTOR, LLP
GLENN R. KANTOR, Bar No. 122643
gkantor@kantorlaw.net
BRENT DORIAN BREHM, Bar No. 248983
bbrehm@kantorlaw.net
19839 Nordhoff Street
Northridge, California, 91324
Telephone: (818) 886-2525
Facsimile: (818 350-6272

Attorneys for Plaintiff Alphonso Brown

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALPHONSO BROWN | Case No.: 12-CV-03758-RMW |
| Plaintiff, | **STIPULATION RE VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AND [] ORDER** |
| v. | |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY | |
| Defendants. | |

IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiff, Alphonso Brown, and Defendant, Hartford Life and Accident Insurance Company, and their attorneys of record, that the parties have resolved this matter in its entirety.

IT IS HEREBY AGREED that the complaint on file herein shall be dismissed with prejudice, each side to bear their own attorney fees and costs.

Dated: December 12, 2012   KANTOR & KANTOR LLP

By: */s/ Brent Dorian Brehm*
Glenn Kantor
Brent Dorian Brehm
Attorneys for Plaintiff Alphonso Brown

Dated: December 12 , 2012   BURKE, WILLIAMS & SORENSEN, LLP

By: */s/ Daniel W. Maguire*
Daniel W. Maguire
Attorneys for Defendant Hartford Life and
Accident Insurance Company

### ORDER

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorney fees and costs, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: FGƖƖGƖƖG   _____
Hon. Ronald M. Whyte
U.S. District Court Judge