KANTOR & KANTOR, LLP
GLENN R. KANTOR, Bar No. 122643
gkantor@kantorlaw.net
BRENT DORIAN BREHM, Bar No. 248983
bbrehm@kantorlaw.net
19839 Nordhoff Street
Northridge, California, 91324
Telephone: (818) 886-2525
Facsimile: (818 350-6272

Attorneys for Plaintiff Alphonso Brown

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALPHONSO BROWN<br><br>    Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY<br><br>    Defendants. | Case No.: 12-CV-03758-RMW<br><br>**STIPULATION RE VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AND [] ORDER** |

IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiff, Alphonso Brown, and Defendant, Hartford Life and Accident Insurance Company, and their attorneys of record, that the parties have resolved this matter in its entirety.

IT IS HEREBY AGREED that the complaint on file herein shall be dismissed with prejudice, each side to bear their own attorney fees and costs.

Dated:  December 12, 2012					KANTOR & KANTOR LLP


						By:	*/s/ Brent Dorian Brehm*
							Glenn Kantor
							Brent Dorian Brehm
							Attorneys for Plaintiff Alphonso Brown


Dated:  December 12 , 2012				BURKE, WILLIAMS & SORENSEN, LLP


						By:	*/s/ Daniel W. Maguire*
							Daniel W. Maguire
							Attorneys for Defendant Hartford Life and
							Accident Insurance Company


### ORDER

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorney fees and costs, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

DATED:  12/12/12					_____
							Hon. Ronald M. Whyte
							U.S. District Court Judge